UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x

Burton, et al.,

                       Plaintiff(s),

      - against -

Bussanich, et al.,

                       Defendant(s).

-------------------------------------------------------------x

Rev. June. 2013

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__18__ CV __2039__ (ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent][do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.* – SEE ATTACHED

3. Joinder of additional parties must be accomplished by __3/11/19** – SEE ATTACHED__.

4. Amended pleadings may be filed until __3/11/19** – SEE ATTACHED__.

5. Interrogatories shall be served no later than __12/5/18*** – SEE ATTACHED__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __12/5/18__.

7. Non-expert depositions shall be completed by __6/28/19__.

     a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

     b. Depositions shall proceed concurrently.

     c. Whenever possible, unless counsel agree otherwise or the Court so orders,

           non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than <u>30 days and no earl</u>ier than 45 days before the close of discovery.

9. Requests to Admit, if any, shall be served no later than <u>30 days and no earl</u>ier than 45 days before the close of discovery.

10. Expert reports shall be served no later than <u>  7/22/19  </u>.

11. Rebuttal expert reports shall be served no later than <u>  8/19/19  </u>.

12. Expert depositions shall be completed by <u>  10/25/19  </u>.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** <u>  11/4/19  </u>.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. <u>Stewart D. Aaron</u>.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

        _____

                                                                            _____
                                                                           Edgardo Ramos, U.S. District Judge

.

### *BURTON, ET AL. V. BUSSANICH, ET AL.* – 18-cv-2039 (ER)

### ATTACHMENT TO CIVIL CASE DISCOVERY PLAN
### AND SCHEDULING ORDER

\*        Plaintiffs' *Bivens* claims are to be tried by a jury. Claims against the United States arising under the Federal Tort Claims Act are not to be tried by a jury.

\*\*        Plaintiffs may amend the pleadings to substitute the correct names of any John/Jane Doe Defendants described in the First Amended Complaint that are identified through discovery until 5/1/19.

\*\*\*        Plaintiffs may serve narrow identification interrogatories seeking the correct names and current addresses for service of process of the John/Jane Doe Defendants described in the First Amended Complaint prior to 12/5/18.