

April 5, 2023

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _4/7/2023__

        Re:   **Burton v. United States, et al., 18-cv-2039 (JHR)**

Dear Judge Rearden:

        I am co-counsel for Plaintiffs.  I write pursuant to Section 9.B. of Your Honor's Individual Rules of Practice to respectfully request that the Court issue an Order permitting Plaintiffs to file the proposed summons for newly added Defendant Rosalind Silvia under seal, and directing the clerk of the Court to issue the summons under seal. Brandon Cowart, counsel for the United States and Defendants Anthony Bussanich, Robert Beaudouin, Ysmael Joaquin, Kimberly Shivers, Lorenzo Barazza, Gerald Castillo, Wilson Silva, and Quentin Holzendorf, consents to this request. Plaintiffs make this request because the proposed Summons includes Defendant Silvia's personal address.

        We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                  /s/
                                _____
                                  Jessica Massimi
                                **COHEN&GREEN P.L.L.C.**
                                *Attorneys for Plaintiff*
                                1639 Centre St., Suite 216
                                Ridgewood, New York 11385

cc:
All relevant parties by ECF.

Plaintiff's request on consent to file the summons to Defendant Rosalind Silvia under seal (ECF No. 88) is GRANTED.  Plaintiff is referred to Rule 9.A of the Court's Individual Rules and Practices, which states that "home addresses" may be redacted from public court filings without prior permission from the Court.  The Clerk of Court is directed to issue the summons to Defendant Silvia under seal. SO ORDERED.

April 6, 2023