

May 5, 2023

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:     Burton v. United States, et al., 18-cv-2039 (JHR)

Dear Judge Rearden:

    I am co-counsel for Plaintiffs.  I write to respectfully request that the Court issue an Order granting Plaintiffs an extension of time to respond to Defendants' motion to dismiss from the current deadline of May 12, 2023 up to and including May 19, 2023. This is the second extension request, and Defendants consent to this request. The Defendants request that, should the Court grant Plaintiffs' request, the Court also issue an Order granting Defendants until May 26th to file their reply. This extension, if granted, will not impact any other Court deadlines.

    Plaintiffs thank the Court for its time and attention.

Respectfully submitted,

/s/
_____
Jessica Massimi
COHEN&GREEN P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023

cc:
All relevant parties by ECF.

Plaintiffs' request on consent to extend the deadline to respond to the motion to dismiss (ECF No. 101) is GRANTED.  By May 19, 2023, Plaintiffs shall file their opposition to the motion to dismiss.  By May 26, 2023, Defendants shall reply.
SO ORDERED.

*Jennifer H. Rearden*
May 10, 2023