UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

---

KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, MADGA LILIANA MARTINEZ ACOSTA, Individually and as m/n/g of F.N.R.M., an Infant, and FRANCY TATIANA RAMOS MARTINEZ,

                    Plaintiffs,

v.

UNITED STATES OF AMERICA; ANTHONY BUSSANICH, M.D., ROBERT BEAUDOUIN, M.D., YSMAEL JOAQUIN, MLP, NURSE TERRANCE THOMAS, OPERATIONS LIEUTENANT KIMBERLY SHIVERS, OPERATIONS LIEUTENANT LORENZO BARAZZA, HOUSING UNIT OFFICER QUENTIN HOLZENDORF, HOUSING UNIT OFFICER GERALD CASTILLO, HOUSING UNIT OFFICER SHAADIQ SHAKIR, HOUSING UNIT OFFICER ROSALIND SILVIA, SENIOR OFFICER WILSON SILVA, BOP JOHN DOE SUPERVISOR 1, and JOHN/JANE DOES Nos. 1-5,

                    Defendants.

No. 18 CV 2039 (JLR) (SDA)

**REVISED SCHEDULING ORDER**

---

IT IS HEREBY ORDERED that the Civil Case Management Plan and Scheduling Order is amended as follows:

1. All fact discovery shall be completed by January ~~13,~~ 16, 2024.

2. Expert reports shall be served no later than February 13, 2024.

3. Rebuttal expert reports shall be served no later than February 28, 2024.

4. Expert depositions shall be completed by March 29, 2024.

5. All discovery shall be completed by April 5, 2024.

6. ~~Amended pleadings substituting the correct name of any John/Jane Doe Defendants identified in the Second Amended Complaint may be filed until January 6, 2024.~~

7. The next case management conference is scheduled for _____, at _____ .

Dated: New York, New York
November 10, 2023

SO ORDERED:

_____
JENNIFER H. REARDEN
U.S.D.J.