UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, MADGA LILIANA MARTINEZ ACOSTA, Individually and as m/n/g of F.N.R.M., an Infant, and FRANCY TATIANA RAMOS MARTINEZ,<br><br>                         Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA; ANTHONY BUSSANICH, M.D., ROBERT BEAUDOUIN, M.D., TUNESIA MITCHELL, PA-C, YSMAEL JOAQUIN, MLP, JOHN DOE, M.D., OPERATIONAL LT. SHIVERS, BOP JOHN DOE SUPERVISOR 1, BOP JOHN DOE SUPERVISOR 2, and JOHN/JANE DOES Nos. 1-10,<br><br>                         Defendants. | Case No. 18 CV 2039 (JLR)(SDA)<br><br>**REVISED SCHEDULING ORDER** |

---

    IT IS HEREBY ORDERED that the Civil Case Management Plan and Scheduling order is amended as follows:

1. All fact discovery shall be completed by March 16, 2024.

2. Expert reports shall be served no later than April 13, 2024.

3. Rebuttal expert reports shall be served no later than April 28, 2024.

4. Expert depositions shall be completed by May 28, 2024.

5. All discovery shall be completed by June 4, 2024.

6. The next case management conference is scheduled for ___, at ___.

                                                                 Friday, January 19, 2024 at 11:30 a.m.

SO ORDERED:

Dated: New York, NY
January 12, 2024

*Jennifer H. Rearden*

JENNIFER H. REARDEN
United States District Judge