```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH MARK BURTON et al.,

              Plaintiffs,

-v.-

UNITED STATES OF AMERICA et al.,

              Defendants.

18 Civ. 2039 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

On **Friday, January 19, 2024** at **11:30 a.m.**, the parties shall appear for a telephone conference.  Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 170 228 244#.  Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated:  January 17, 2024
          New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge