UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, MADGA LILIANA MARTINEZ ACOSTA, Individually and as m/n/g of F.N.R.M., an Infant, and FRANCY TATIANA RAMOS MARTINEZ,<br><br>                        Plaintiffs,<br><br>            v.<br><br>UNITED STATES OF AMERICA; ANTHONY BUSSANICH, M.D., ROBERT BEAUDOUIN, M.D., YSMAEL JOAQUIN, MLP, NURSE TERRANCE THOMAS, OPERATIONS LIEUTENANT KIMBERLY SHIVERS, OPERATIONS LIEUTENANT LORENZO BARAZZA, HOUSING UNIT OFFICER QUENTIN HOLZENDORF, HOUSING UNIT OFFICER GERALD CASTILLO, HOUSING UNIT OFFICER SHAADIQ SHAKIR, HOUSING UNIT OFFICER ROSALIND SILVIA, SENIOR OFFICER WILSON SILVA, BOP JOHN DOE SUPERVISOR 1, and JOHN/JANE DOES Nos. 1-5,<br><br>                        Defendants. | No. 18 CV 2039 (JHR~~LR~~) (SDA)<br><br>**[~~PROPOSED~~] REVISED SCHEDULING ORDER** |

      IT IS HEREBY ORDERED that the Civil Case Management Plan and Scheduling Order is amended as follows:

1. All fact discovery shall be completed by <u>April 30, 2024</u>.

2. Expert reports shall be served no later than <u>May 28, 2024</u>.

3. Rebuttal expert reports shall be served no later than <u>June 12, 2024</u>.

4. Expert depositions shall be completed by <u>July 12, 2024</u>.

5. All discovery shall be completed by <u>July 19, 2024</u>.

      6.   The next case management conference is scheduled for _____, at _____.

Dated: New York, New York  
         \_\_\_March 14\_\_\_, 2024

SO ORDERED:

*Jennifer H. Rearden*  
JENNIFER H. REARDEN  
U.S.D.J.