# The Law Office of Mark Burton, P.C.

1175 Osage Street, Suite 200
Denver, CO 80204
Telephone: 303-350-1550
Fax: 303-350-1555
Email: burtonslaw2000@yahoo.com

---

## MEMORANDUM

---

| | |
|---|---|
| TO: | File |
| FROM: | MB |
| DATE: | 03/08/2016 |
| RE: | Interview with Leyrani Gomez |

Here is an interview I conducted with Leyrani Gomez today by telephone to his prison FCI Moshannon Valley CI. He was friendly and he appeared rushed. That may be as his case manager was in the room with him. He stated that he would follow up with a letter. with more information including other inmates who were in the same pod and the names of the officials that

Frankly lived in a dormitory with 26 people in New York correctional facility -

On a Friday they sat down to a meal of tuna. Franklin began to feel bad with stomach ache.

He went to infirmary and came back with pills to detoxify and was told that he had food poisoning. He was given pills to detoxify.

Still in pain and went back to the clinic - was told that if he continued with the medication that he would feel better..

At 11pm Franklyn was crying and screaming - they called the officials and asked for a Lieutenant/Captain Was told that he would have to wait until Monday as there was no doctor. A person who spoke better english spoke to the Lieutenant when he came.

Franklyn was walking around screaming with pain at 3 am we again called for the Lieutenant - agains said that he would have to wait until Monday. Called several times more - same answer.

On Sunday 10 am (need to confirm) - Franklin couldn't get out of bed for count. We had to help him up. He began to have convulsions. We screamed for the person who did the count
She came back and her and another inmate looked for a pulse for Franklyn and he died 3 or 4 minutes later..

Two other inmates who were there with Franklyn, and are now incarcerated with Gomez and are called Gustavo Dominguez and Johan Dominguez.

Gomez stated that he would follow up with a letter with more information

Plaintiffs' Production Number 286