5/21/16

Recuerdo que era miércoles por la noche en una celda
de 13 camas dobles en el Piso 11Sur, en la Pricion Federal M,C,C,Ny,
esa noche los señores Ever Veloza, Juan Gennessy, Samuel-
Pinedo, Franklin sanchez y el sr, Tulio Aristizaval se reunieron
para cenar, Prepararon tuna, cenaron y todo parecia normal, en la
mañana del Juevez el sr. Franklin se quejó de un dolor muy
fuerte en el area abdominal, hablamos con el oficial "ColT" y
lo mando a otro piso donde se encuentra la enfermeria, ahi lo
atendieron, le dieron unas pastillas y le diagnosticaron
envenenamiento por comida, lo cual era Falzo, como era
de esperarce el medicamiento no dio ningun resultado Pocitivo
volvimos a acudir al oficial "Karrens" lo envio de nuevo ala
enfermeria, le dieron pastillas para el dolor y le dijeron
que con eso seria suficiente, ni el dolor ni las molestias
disminuyeron, al contrario aumentaron, si tratva de comer
o tomar una sopa innediata mente le venia el bomito y
las ganas de usar el escuzado, a lo cual el decia no arrojav
nada, en esa agonia paso todo el Jueves y amanecio el viernes
Peor, el viernes si mi memoria no me falla fue el Ofial
Castillo quien lo mando ala enfermeria, a lo cual solo
le renovaron los medicamentos que antes le habia dado
de echo el comento que la enfermera o doctora estaba
como molesta por el echo de que él sr. Franklin no hablaba ingles

domingos no hay medicos que tenia que esperar al
lunes, el sabado subio el "Dr. Juaquin" hispano lo vio y dijo

domingos no hay médicos que tenía que esperar al
lunes, el sábado subió el "Dr. Juaquín" hispano, lo vio y dijo
que aguantara para el lunes para acerle unos estudios,
pasó 3 días en mi cama sin poder conser y con mucho
dolor, la madrugada del domingo 'el ya no aguanto más
el dolor y lloró, alo cual reaccionamos y le gritamos
a los oficiales en turno, ellos llamaron al teniente y al
capitán, ellos vinieron y dijeron que querían ver al enfermo
el sr, Franklin yo no pudo ir por su propio pie, fue necesario
llevarlo cargando, lo vieron llorando y que no podia ni poner
de pie solo y aun así no pusieron el menor interes, dijeron
que tenía que esperar hasta el lunes, lo llevamos de
regreso a mi cama, pues yo tenía cama de abajo y el no
así que para su comodidad se la brinde, el domingo alas
10:05 llegaron a contar, al sr, Franklin lo ayudo a ponerse
de pie, Alex Cabral  Francisco Gómez y Carmelo Montilla,
este ultimo, era mi bunkie, cuando la cuenta termino el sr
Franklin se veia muy agitado, lo recostaron y de pronto
contrajo todo su cuerpo, se puso rigido y a medida que iv
relajando la tencion  Fue perdiendo el color natural y
de inmediato se puso amarillo, ese fue su ultimo soplo de
vida, el sr, Iver Veloza  le tomo el pulzo y nos dijo que
habia muerto, y le dio masaje en el corazon tratando
de reanimarlo pero fue inutil, mientras el sr, Iver hacia
esto, los demas llamavan a la ofial, MS, "Silvia" ella entro y vió
lo que estaba pasando, nos aparto del cuerpo y llamo por rad.
en instantes llegaron muchas personas con camilla y nos
sacaron de la vivienda y nos encerraron en el Gim, (?)

Plaintiffs' Production Number 321

03/21/16

Se llevaron al cuerpo y nos dijeron que estava vivo
que solo estaba desmallado, lo cual no creimos porque
nosotros vimos todo, me comfiscaron toda mi propieda
y me apartaro de los otros para tomarme 3 fotografias
y decirme que para bien o para mal, yo era lo mas
cercano al Sr, Franklin, me senti intimidado, despues fue la
guardian y nos dijo que el estaba grave pero vivo a lo cual
ya habiamos comfirmado que era mentira... pronto me
dictaron centencia y me sacaron de ahi...

las personas que aqui menciono y que voy a mencionar
yo no les pedi su consentimiento para acerlo, asi que le pido
lo maneje de la mejor manera, ahi estabamos presentes,
Ever Veloza, Juan Gennessy, Tulio Aristizaval, Luis Figueroa,
guillermo Roberto, sandro suero, Freddi Dias, Francisco Gómez,
Carmelo Montilla, osvaldo Rivera, Piña Ureña, Juan Levron,
Juan quintero, Samuel Pinedo, yoJan Dominguez, Luis Riveros,
Alex Cabral, y muchos mas que solo se sus apodos, inbestigue
bien ahi en esa pricion es un cochinero, hay una mocion
que le han echo llegar abarios Jueces, es sobre las condiciones
que se viven ahi, hay, ratas, cucarachas, mosquitos de la fruta
hay un solo escuzado para 26 persona, una sola bañera
Para los 26, Solo un laba manos, el servicio medico es lo
peor, ni que decir de la comida, son los mismos presos los
que la preparan, todo ahi es orrible... aqui en MVCC estamos
5 testigos de los echos, si gusta puede venir a vicitarnos ....
disculpe las faltas de ortografia  lo feo de la letra y tambien
que no lo llame por telefono pero mi economia no anda
tan bien... me gustaria que me informara cuales son los
Perjuicios y veneficios  alos Plaintiffs' Production Number 322

Pues me da temor que por mi testimonio el govierno tome represalias, o que si me vuelven arrestar abusen de su poder conmigo, como usted sabra la mayoria de los Personas venimos aqui a buscar un futuro mejor y aun que ahora diga que no regresare, no tengo la seguridad Pues yo y mi familia la estamos pasando mal, si esto sigue me vere obligado a regrezar tras el sueño americano.....
espero que de algo le sirva todo esto, le deseo suerte en este caso...
gusto en saludarle, tenga un buen dia..

hasta Pronto..

Para cualquier cosa, contactenme estoy a sus ordenes y en la mejor disposicion de ayudar, si no puede localizar mas testigos me avisa, yo tengo numero de 10, o mas...

Resiva un saludo y un humilde Presente
De un Servidor..
Leyrani Gómez.

Plaintiffs' Production Number 323