# COMISION ROGATORIA

LETTER OF REQUEST

COMMISSION ROGATOIRE

Convenio de 18 de marzo de 1970

sobre la Obtención de Pruebas en el Extranjero en Materia Civil o Comercial

Hague Convention of 18 March 1970 on the

Taking of Evidence Abroad in Civil or Commercial Matters

Convention de La Haye du 18 mars 1970 sur

l'obtention des preuves à l'étranger en matière civile ou commerciale

| 1. | **Remitente**<br><br>*Sender*<br><br>*Expéditeur* | Elena Cohen<br><br>Attorney for Plaintiff<br><br>+1 (929) 888 – 9650<br><br>elena@femmelaw.com<br><br>Cohen & Green P.L.L.C.<br><br>1639 Centre Street, Suite 216<br><br>Queens, NY 11385<br><br>U.S. District Court, Southern District of New York<br><br>Magistrate Judge Stewart D. Aaron<br><br>Daniel Patrick Moynihan<br><br>United States Courthouse<br><br>500 Pearl Street<br><br>New York, NY 10007<br><br>+1 (212) 805 – 4620 |
| 2. | **Autoridad Central del Estado requerido**<br><br>*Central Authority of the Requested State*<br><br>*Autorité centrale de l'État requis* | Ministry of Foreign Affairs<br><br>General Direction of Legal Affairs<br><br>Directorate for International Procedural Cooperation<br><br>Plaza Juárez #20, Floor 5<br><br>Colonia Centro, Alcaldía Cuauhtémoc C.P. 06010<br><br>México City, México |

| | | |
|---|---|---|
| 3. | **Persona/autoridad judicial a la que debe retornarse la solicitud una vez ejecutada** <br><br> *Person to whom the executed request is to be returned* <br><br> *Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Office of International Judicial Assistance <br><br> U.S. Department of Justice <br><br> 1100 L Street, NW, Room 8102 <br><br> Washington, D.C. 20005 <br><br> United States of America |
| 4. | **Especificación de la fecha en la que la autoridad requirente precisa acuse de recibo de la solicitud enviada** <br><br> *Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request* <br><br> *Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | **Fecha límite** <br><br> *Date* <br><br> *Date limite* | July 15, 2024 |
| | **Justificación de la urgencia** <br><br> *Reason for urgency* <br><br> *Raison de l'urgence* | Close of fact discovery. |

**De conformidad con el artículo 3 del Convenio, la autoridad abajo firmante tiene el honor de remitir la siguiente solicitud**

*In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:*

*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :*

| | | |
|---|---|---|
| 5. a | **Autoridad requirente** <br><br> **(Art. 3(a))** <br><br><br> *Requesting authority* <br> *(Art. 3(a))* <br><br><br> *Autorité requérante* <br> *(art. 3(a))* | U.S. District Court, Southern District of New York <br><br> Magistrate Judge Stewart D. Aaron <br><br> Daniel Patrick Moynihan <br><br> United States Courthouse <br><br> 500 Pearl Street <br><br> New York, NY 10007 <br><br> +1 (212) 805 – 4620 |
| b | **Para la autoridad competente de (Art. 3(a))** <br><br><br> *To the Competent Authority of (Art. 3(a))* <br><br><br> *À l'Autorité compétente de (art. 3(a))* | Ministry of Foreign Affairs <br><br> General Direction of Legal Affairs <br><br> Directorate for International Procedural Cooperation <br><br> Plaza Juárez #20, Floor 5 <br><br> Colonia Centro, Alcaldía Cuauhtémoc C.P. 06010 <br><br> México City, México |

| | | |
|---|---|---|
| c | **Tipo y número de procedimiento judicial**<br><br>*Names of the case and any identifying number*<br><br>*Nom de l'affaire et numéro d'identification de l'affaire* | Burton et al v. America et al<br><br>Case Number: 1:18-cv-02039-JHR-SDA |

| | | |
|---|---|---|
| 6. | **Nombres y direcciones de las partes y sus representantes (incluyendo los representantes que hubiere en el Estado de ejecución) (Art. 3(b))**<br><br>*Names and addresses of the parties and their representatives (including representatives in the Requested State) (Art. 3(b))*<br><br>*Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b))* | |
| a | **Demandante**<br>*Plaintiff*<br>*Demandeur* | Plaintiff: Kenneth Mark Burton as administrator of the estate of Franklin Sanchez<br><br>1175 Osage Street, Suite 210<br><br>Denver, CO 80204 |
| | **Representantes**<br>*Representatives*<br>*Représentants* | Elena Cohen<br><br>Cohen & Green P.L.L.C.<br><br>1639 Centre Street, Suite 216<br><br>Queens, NY 11385 |
| b | **Demandado**<br>*Defendant*<br>*Défendeur* | Defendant: United States of America<br><br>Attorney General of the United States<br><br>U.S. Department of Justice 950 Pennsylvania Avenue<br><br>NW Washington, DC 20530 |
| | **Representantes**<br>*Representatives*<br>*Représentants* | Brandon Herbert Cowart<br><br>U.S. Attorney's Office, SDNY<br><br>86 Chambers Street<br><br>New York, NY 10007<br><br>(212) 637-2693<br><br>Fax: (212) 637-0032<br><br>Email: brandon.cowart@usdoj.gov |
| c | **Otros intervinientes**<br>*Other parties*<br>*Autres parties* | Not applicable. |
| | **Representantes**<br>*Representatives* | Not applicable. |

| | | | |
|---|---|---|---|
| | | *Représentants* | |
| 7. | a | **Naturaleza del procedimiento (divorcio, reclamación de paternidad, incumplimiento contractual, responsabilidad por los daños causados por productos defectuosos etc.) (Art. 3(c))**<br><br>*Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))*<br><br>*Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Medical malpractice, wrongful death, and denial of medical care. |
| | b | **Resumen de la solicitud**<br><br>*Summary of complaint*<br><br>*Exposé sommaire de la demande* | The case arises from the death of Franklin Sanchez, a Colombian national extradited to the United States on criminal charges. Mr. Sanchez died while in custody at the MCC and Leyrani Gomez was a witness to the death.<br><br>Following the incident, Leyrani wrote a letter summarizing the events that led to Mr. Sanchez's death. |
| | c | **Resumen de la contestación y demanda reconvencional**<br><br>*Summary of defence and counterclaim\**<br><br>*Exposé sommaire de la défense ou demande reconventionnelle* | Summary of defense: Defendant exercised reasonable care in treating Mr. Sanchez.<br><br>There is no counterclaim. |
| | d | **Otra información necesaria o documentos**<br><br>*Other necessary information or documents\**<br><br>*Autres renseignements ou documents Utiles* | See attached the letter that Leyrani Gomez wrote related to the incident. |
| 8. | a | **Prueba a practicar o cualquier otra actuación procesal que deba ejecutarse**<br><br>*Evidence to be obtained or other judicial act to be performed (Art. 3(d))* | Deposition. |

| | | |
|---|---|---|
| | Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d)) | |
| b | **Finalidad de la prueba o actuación procesal interesado** <br><br> *Purpose of the evidence or judicial act sought* <br><br> *But des actes à accomplir* | The purpose of the deposition is to obtain evidence in support of plaintiff's claims. |
| 9. | **Identidad y dirección de las personas que deban ser oídas** <br><br> *Identity and address of any person to be examined* <br><br> *(Art. 3(e))\** <br><br> *Identité et adresse des personnes à entendre (art. 3(e))* | Leyrani Gomez <br><br> Address unknown |
| 10. | **Preguntas a practicar a la persona que debe ser oída o hechos por los que esta persona debe declarar.** <br><br> *Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))\** <br><br> *Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | Is what you wrote in this letter true? <br><br> What did you see? Please describe in detail the events leading up to the death of Franklin Sanchez. |
| 11. | **Documentos o propiedades que deban examinarse** <br><br> *Documents or other property to be inspected (Art. 3(g))\** <br><br> *Documents ou objets à examiner (art. 3(g))* | The letter written by Leyrani Gomez on March 21, 2016 is to be inspected. This letter describes in great detail the events that transpired the night of Mr. Sanchez's death. Leyrani describes the conditions of confinement, the pain Mr. Sanchez endured, and the negligence on behalf of the officers. <br><br> We would also ask Leyrani to produce any additional documents, including personal notes, regarding the death of Franklin Sanchez. |
| 12. | **Requisito procesal en el que debe prestarse el juramento, declaración o cualquier otra** | Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken under oath. |

| | | |
|---|---|---|
| | *forma especial que deba llevarse a cabo*<br><br>*Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))\**<br><br>*Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))* | |
| 13. | **Métodos de práctica particulares o procedimientos a seguir (ejemplo, verbal o escrita, transcripción literal o resumida, interrogatorio, etc.) (Arts 3(i) y 9)\***<br><br>*Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)\**<br><br>*Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)* | Under Fed. R. Civ. P. 30(b)(5)(a), a deposition must be conducted before an officer appointed and the officer must begin the deposition with an on-the-record statement that includes the officer's name and business address, the date, time, and place of the deposition, the deponent's name, the officer's administration of the oath, and the identity of all persons present. |
| 14. | **Necesidad de notificación de lugar y tiempo de práctica de la prueba e identidad y dirección de la persona a la que notificar (art. 7)\***<br><br>*Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)\**<br><br>*Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)* | Date: July 12, 2024<br><br>Identity of the person to be notified: Leyrani Gomez<br><br>Address: unknown |
| 15. | **Solicitud de asistencia o participación de autoridad judicial procedente de la autoridad requirente para la ejecución de la comisión rogatoria.**<br><br>*Request for attendance or participation of judicial personnel of the requesting authority at the* | Not applicable. |

| | | |
|---|---|---|
| | execution of the Letter of Request (Art. 8)* *Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)* | |
| 16. | **Especificación de alguna dispensa o prohibición de declarar previstas en la legislación del Estado requirente.** *Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))* *Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | The Fifth Amendment of the U.S. Constitution protects against self-incrimination. Under Fed. R. Civ. P 26(b), discovery requests must be relevant to the subject matter of the case and proportional to the needs of the case. If a party believes that a discovery request is not relevant or proportional, they may object and potentially refuse to provide the requested evidence. Fed. R. Civ. P. 26(c) allows parties to seek a protective order from the court to protect against annoyance, embarrassment, oppression, or undue burden or expense. |
| 17. | **Las costas y gastos en que se haya incurrido y que son reembolsables conforme el párrafo segundo del artículo 14 o conforme el artículo 26 de la Convención serán soportadas por:** *The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* *Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par :* | Elena Cohen Cohen & Green P.L.L.C. 1639 Centre Street, Suite 216 Queens, NY 11385 |

| | |
|---|---|
| **Date of request** *Date de la requête* | _____, 2024 |
| **Signature and seal of the requesting authority** *Signature et sceau de l'autorité requérante* | |

***Omitir si no procede**/ Omit if not applicable / Ne remplir qu'en cas de nécessité*

03/21/16

Recuerdo que era miércoles por la noche en una celda de 13 camas dobles en el Piso 11 Sur, en la Pricion Federal M,C,C,Ny, esa noche los señores Ever Veloza, Juan Gennessy, Samuel Pinedo, Franklin Sanchez y el sr. Tulio Aristizaval se reunieron para cenar, Prepararon tuna, cenaron y todo parecia normal, en la mañana del Juevez el sr. Franklin se quejó de un dolor muy fuerte en el area abdominal, hablamos con el oficial "Colt" y lo mando a otro piso donde se encuentra la enfermeria, ahi lo "atendieron", le dieron unas pastillas, y le diagnosticaron envenenamiento por comida, lo cual era Falzo, como era de esperarce el medicamento no dio ningun resultado Pocitivo volvimos a acudir al oficial "Karrens" lo envio de nuevo a la enfermeria, le dieron Pastillas para el dolor y le dijeron que con eso seria suficiente, ni el dolor ni las molestias disminuyeron, al contrario aumentaron, si trataba de comer o tomar una sopa inmediatamente le venia el bomito y las ganas de usar el escuzado, a lo cual él decia no arrojar nada, en esa agonia paso todo el Jueves y amanecio el viernes Peor, el viernes si mi memoria no me falla fue el ofial Castillo quien lo mando a la enfermeria, a lo cual solo le renovaron los medicamentos que antes le habia dado de echo él comento que la enfermera o doctora estaba como molesta por el echo de que él sr. Franklin no hablaba ingles

domingos no hay medicos que tenia que esperar al lunes, el sabado subio el "Dr. Juaquin" hispano, lo vio y dijo

Plaintiffs' Production Number 320

domingos no hay medicos que tenia que esperar al lunes, el sabado subio el "Dr. Juaquin" hispano, lo vio y dijo que aguantara para el lunes para acerle unos estudios, paso 3 dias en mi cama sin poder comer y con mucho dolor, la madrugada del domingo el ya no aguanto ma el dolor y lloro, a lo cual reaccionamos y le gritamos a los oficiales en turno, ellos llamaron al teniente y al capitan, ellos vinieron y dijeron que querian ver al emfermo el sr. Franklin yo no pudo ir por su propio pie, fue necesario llevarlo cargando, lo vieron llorando y que no podia ni poner de pie solo y aun asi no pucieron el menor interes, dijero que tenia que esperar hasta el lunes, lo llevamos de regreso a mi cama, pues yo tenia cama de abajo y el no asi que para su comodidad se la brinde, el domingo a las 10:05 llegaron a contar, al sr. Franklin lo ayodo a ponerse de pie, Alex Cabral Francisco Gómez y Carmelo Montilla, este ultimo, era mi bunkie, cuando la cuenta termino el sr. Franklin se veia muy agitado, lo recostaron y de pronto contrajo todo su cuerpo, se puso rigido y a medida que iv relajando la tencion fue perdiendo el color natural y de inmediato se puso amarillo, ese fue su ultimo soplo d vida, el sr. Ever Veloza le tomo el pulzo y nos dijo qu habia muerto, y le dio masaje en el corazon tratando de reanimarlo pero fue inutil, mientras el sr. Ever hacia esto, los demas llamavan a la ofial, MS "Silvia", ella entro y vi lo que estaba pasando, nos aparto del cuerpo y llamo por rad en instantes llegaron muchas personas con camilla y no sacaron de la vivienda y nos encerraron en el Gim, C

Plaintiffs' Production Number 321

03/21/16

Se llevaron el cuerpo y nos dijeron que estava vivo que solo estaba desmallado, lo cual no creimos porque nosotros vimos todo, me comfiscaron toda mi propiedad y me apartaro de los otros para tomarme 3 fotografias y decirme que para bien o para mal, yo era lo mas cercano al Sr. Franklin, me senti intimidado, despues fue la guardian y nos dijo que el estaba grave pero vivo a lo cual ya habiamos comfirmado que era mentira... pronto me dictaron centencia y me sacaron de ahi....

las personas que aqui menciono y que voy a mencionar yo no les pedi su consentimiento para acerlo, asi que le pido lo maneje de la mejor manera, ahi estabamos presentes, Iver Veloza, Juan Gennessy, Tulio Aristizaval, Luis Figueroa, Guillermo Roberto, Sandro Suero, Freddi Dias, Francisco Gomez, Carmelo Montilla, Osvaldo Rivera, Piña Ureña, Juan Levron, Juan Quintero, Samuel Pinedo, yoJan Dominguez, Luis Riveros, Alex Cabral, y muchos mas que solo se sus apodos, inbestigue bien ahi en esa pricion es un cochinero, hay una mocion que le han echo llegar a varios Jueces, es sobre las condiciones que se viven ahi hay ratas, cucarachas, mosquitos de la fruta hay un solo escuzado para 26 persona, una sola bañera para los 26, solo un laba manos, el servicio medico es lo peor, ni que decir de la comida, son los mismos presos los que la preparan, todo ahi es orrible... aqui en MVCC estamos 5 testigos de los echos, si gusta puede venir a vicitarnos....

disculpe las faltas de ortografia lo feo de la letra y tambien que no lo llame por telefono pero mi economia no anda tan bien... me gustaria que me informara cuales son los perjuicios y veneficios a los

Plaintiffs' Production Number 322

Pues me da temor que por mi testimonio el govierno tome represalias, o que si me vuelven arrestar abusen de su poder conmigo, como usted sabra la mayoria de las Personas venimos aqui a buscar un futuro mejor y aun que ahora diga que no regresare, no tengo la seguridad Pues yo y mi familia la estamos pasando mal, si esto sigue asi me vere obligado a regrezar tras el sueño americano..... espero que de algo le sirva todo esto, le deseo Suerte en este caso...
gusto en saludarle, tenga un buen dia..

hasta Pronto..

Para cualquier cosa, contacteme estoy a sus ordenes y en la mejor disposicion de ayudar, si no puede localizar mas testigos me avisa, yo tengo numero de 10, o mas...

Resiva un saludo y un humilde Presente
De un Servidor..
Leyrani Gomez

Plaintiffs' Production Number 323