03/21/16

Recuerdo que era miercoles por la noche en una celda de 13 camas dobles en el Piso 11 Sur, en la Pricion Federal M,C,C,Ny, esa noche los señores Ever Veloza, Juan Gennessy, Samuel Pinedo, Franklin Sanchez y el Sr. Tulio Aristizaval se reunieron para cenar, Prepararon tuna, cenaron y todo parecia normal, en la mañana del Jueves el Sr. Franklin se quejó de un dolor muy fuerte en el area abdominal, hablamos con el oficial "CoLT" y lo mando a otro piso donde se encuentra la enfermeria, ahi lo "atendieron", le dieron unas pastillas, y le diagnosticaron envenenamiento por comida, lo cual era Falzo, como era de esperarce el medicamento no dio ningun resultado Pocitivo volvimos a acudir al oficial "Karrens" lo envio de nuevo a la enfermeria, le dieron Pastillas para el dolor y le dijeron que con eso seria suficiente, ni el dolor ni las molestias disminuyeron, al contrario aumentaron, si trata de comer o tomar una sopa inmediatamente le venia el bomito y las ganas de usar el escuzado, a lo cual él decia no arrojaba nada, en esa agonia paso todo el Jueves y amanecio el viernes Peor, el viernes si mi memoria no me falla fue el ofial Castillo quien lo mando a la enfermeria, a lo cual solo le renovaron los medicamentos que antes le habia dado de echo él comento que la enfermera o doctora estaba como molesta por el echo de que el Sr. Franklin no hablaba ingles

domingos no hay medicos que tenia que esperar al lunes, el sabado subio el "Dr. Juaquin" hispano, lo vio y dijo

domingos no hay medicos que tenia que esperar al lunes, el sabado subio el "Dr. Juaquin" hispano, lo vio y dijo que aguantara para el lunes para acerle unos estudios, paso 3 dias en mi cama sin poder comer y con mucho dolor, la madrugada del domingo él ya no aguanto mas el dolor y lloró, a lo cual reaccionamos y le gritamos a los oficiales en turno, ellos llamaron al teniente y al capitan, ellos vinieron y dijeron que querian ver al emfermo el sr. Franklin yo no pudo ir por su propio pie, fue necesario llevarlo cargando, lo vieron llorando y que no podia ni poner de pie solo y aun asi no pucieron el menor interes, dijero que tenia que esperar hasta el lunes, lo llevamos de regreso a mi cama, pues yo tenia cama de abajo y el no asi que para su comodidad se la brinde, el domingo a las 10:05 llegaron a contar, al sr. Franklin lo ayodo a ponerse de pie, Alex Cabral Francisco Gómez y Carmelo Montilla, este ultimo, era mi bunkie, cuando la cuenta termino el sr. Franklin se veia muy agitado, lo recostaron y de pronto contrajo todo su cuerpo, se puso rigido y a medida que iv relajando la tencion fue perdiendo el color natural y de inmediato se puso amarillo, ese fue su ultimo soplo de vida, el sr. Ever Veloza le tomo el pulzo y nos dijo qu habia muerto, y le dio masaje en el corazon tratando de reanimarlo pero fue inutil, mientras el sr. Ever hacia esto, los demas llamavan a la ofial, MS. "Silvia", ella entro y vio lo que estaba pasando, nos aparto del cuerpo y llamo por rad en instantes llegaron muchas personas con camilla y no sacaron de la vivienda y nos encerraron en el Gim, 7

Plaintiffs' Production Number 321

03/21/16  se llevaron el cuerpo y nos dijeron que estava vivo que solo estaba desmallado, lo cual no creimos porque nosotros vimos todo, me comfiscaron toda mi propiedad y me apartaro de los otros para tomarme 3 fotografias y decirme que para bien o para mal, yo era lo mas cercano al Sr. Franklin, me senti intimidado, despues fue la guardian y nos dijo que el estaba grave pero vivo a lo cual ya habiamos comfirmado que era mentira... pronto me dictaron sentencia y me sacaron de ahi....

las personas que aqui menciono y que voy a mencionar yo no les pedi su consentimiento para acerlo, asi que le pido lo maneje de la mejor manera, ahi estabamos presentes, Iver Veloza, Juan Gennessy, Tulio Aristizaval, Luis Figueroa, Guillermo Roberto, Sandro Suero, Freddi Dias, Francisco Gómez, Carmelo Montilla, Osvaldo Rivera, Piña Ureña, Juan Levron, Juan Quintero, Samuel Pinedo, yoJan Dominguez, Luis Riveros, Alex Cabral, y muchos mas que solo se sus apodos, inbestigue bien ahi en esa pricion es un cochinero, hay una mocion que le han echo llegar a barios Jueces, es sobre las condiciones que se viven ahi, hay ratas, cucarachas, mosquitos de la fruta hay un solo escuzado para 26 persona, una sola bañera para los 26, solo un laba manos, el servicio medico es lo peor, ni que decir de la comida, son los mismos presos los que la preparan, todo ahi es orrible... aqui en MVCC estamos 5 testigos de los echos, si gusta puede venir a vicitarnos....

disculpe las faltas de ortografia  lo feo de la letra y tambien que no lo llamé por telefono pero mi economia no anda tan bien... me gustaria que me informara cuales son los perjuicios y veneficios   a los

Plaintiffs' Production Number 322

Pues me da temor que por mi testimonio el govierno tome represalias, o que si me vuelven arrestar abusen de su poder conmigo, como usted sabra la mayoria de las personas venimos aqui a buscar un futuro mejor y aun que ahora diga que no regresare, no tengo la seguridad pues yo y mi familia la estamos pasando mal, si esto sigue asi me vere obligado a regrezar tras el sueño americano..... espero que de algo le sirva todo esto, le deseo suerte en este caso...
gusto en saludarle, tenga un buen dia..

hasta Pronto..

Para cualquier cosa, contacteme estoy a sus ordenes y en la mejor disposicion de ayudar, si no puede localizar mas testigos me avisa, yo tengo numero de 10, o mas...

Resiva un saludo y un humilde Presente
De un Servidor..
Leyrani Gomez

Plaintiffs' Production Number 323