# EXHIBIT 5

# SCANNELL EMAIL

# Scannell-Vessella, Stephanie (BOP)

| | |
|---|---|
| **From:** | Stephanie Scannell-Vessella <sscannell@bop.gov> |
| **Sent:** | Wednesday, March 4, 2020 2:57 PM |
| **To:** | Cody Kizzier |
| **Subject:** | Franklin Sanchez #71927-054 |
| **Attachments:** | TEXT.htm |

Hi Cody,

[redacted]

I know you're swamped, but when you get a chance, could you do me a big favor? Inmate Franklin Sanchez #71927-054 died at MCC on March 15, 2015. He collapsed in 11 South right after the 10:00 AM count. I'm working on discovery in the lawsuit his family filed. I'm pretty certain we didn't preserve any video footage, but would you mind double checking for me? I would really appreciate it.

Thank you!
Steph

Stephanie Scannell-Vessella
Senior Staff Attorney
Consolidated Legal Center Devens
P.O. Box 880
Devens, MA 01432
p: 978-796-1043
f: 978-796-1040