AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Kenneth Mark Burton, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18 Civ. 2039 (JHR) (SDA) |
| United States of America, et al... ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America, Anthony Bussanich, Robert Beaudouin, Ysmael Joaquin, Terrance Thomas, Kimberly Shivers, Lorenzo Barraza, Gerald Castillo, Shaadiq Shakir, Rosalind Silvia, Wilson Silva, and Quentin Holzendorf.

Date: 08/05/2024

/s/ Mollie Kornreich
*Attorney's signature*

Mollie Kornreich
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

mollie.kornreich@usdoj.gov
*E-mail address*

(212) 637-3274
*Telephone number*

(212) 637-2786
*FAX number*