**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2024

**Kenneth Mark Burton, as administrator of the Estate of Franklin Ramos Sanchez, et al.,**

                         **Plaintiffs,**

-against-

**United States of America, et al.,**

                         **Defendants.**

1:18-cv-02039 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is a Letter Motion by Plaintiffs seeking (1) to compel the Government to produce the names of the employees at the Bureau of Prisons ("BOP") responsible for implementing the litigation hold at Metropolitan Correctional Center ("MCC") and for preserving relevant records, and (2) an Order extending the discovery deadline for the purpose of allowing Plaintiffs to depose the individuals who received notice of the litigation hold. (Pl.'s 7/29/24 Ltr. Mot., ECF No. 154.) For the reasons set forth below, Plaintiffs' Letter Motion is GRANTED IN PART and DENIED IN PART AS MOOT.

The first aspect of Plaintiffs' Letter Motion seeking the names of BOP employees is DENIED AS MOOT since the Government has provided the names sought. The second aspect of Plaintiffs' Letter Motion is GRANTED. The deadline for completion of discovery is extended to October 11, 2024 for the purpose of taking the depositions of the two current and two former BOP employees who were responsible for saving video footage from the relevant MCC surveillance cameras on March 19, 2015.

**SO ORDERED.**

Dated: New York, New York
August 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2