```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, MADGA LILIANA MARTINEZ ACOSTA, Individually and as m/n/g of F.N.R.M., an Infant, and FRANCY TATIANA RAMOS MARTINEZ,

                Plaintiffs,

v.

UNITED STATES OF AMERICA; ANTHONY BUSSANICH, M.D., ROBERT BEAUDOUIN, M.D., TUNESIA MITCHELL, PA-C, YSMAEL JOAQUIN, MLP, JOHN DOE, M.D., OPERATIONAL LT. SHIVERS, BOP JOHN DOE SUPERVISOR 1, BOP JOHN DOE SUPERVISOR 2, and JOHN/JANE DOES Nos. 1-10,

                Defendants.

Case No. 18 CV 2039 (JLR)(SDA)

**~~REVISED~~ SCHEDULING ORDER**

---

    IT IS HEREBY ORDERED that the Civil Case Management Plan and Scheduling order is amended as follows:

1. All fact discovery shall be completed by October 11, 2024, as limited by prior Orders of the Court.

2. Expert reports shall be served no later than November 12, 2024.

3. Rebuttal expert reports shall be served no later than December 12, 2024.

4. Expert depositions shall be completed January 9, 2025.

5. ~~All discovery shall be completed by January 15, 2025.~~

6. ~~The next case management conference is scheduled for   , at   .~~
The parties shall file a joint letter regarding the status of discovery on October 18, 2024.

SO ORDERED:

Dated: New York, NY
August 20, 2024

_____
STEWART D. AARON
United States Magistrate Judge