UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, MADGA LILIANA MARTINEZ ACOSTA, Individually and as m/n/g of F.N.R.M., an Infant, and FRANCY TATIANA RAMOS MARTINEZ,

                Plaintiffs,

v.

UNITED STATES OF AMERICA; ANTHONY BUSSANICH, M.D., ROBERT BEAUDOUIN, M.D., TUNESIA MITCHELL, PA-C, YSMAEL JOAQUIN, MLP, JOHN DOE, M.D., OPERATIONAL LT. SHIVERS, BOP JOHN DOE SUPERVISOR 1, BOP JOHN DOE SUPERVISOR 2, and JOHN/JANE DOES Nos. 1-10,

                Defendants.

Case No. 18 CV 2039 (JLR)(SDA)

**REVISED SCHEDULING ORDER**

---

    IT IS HEREBY ORDERED that the Civil Case Management Plan and Scheduling order is amended as follows:

1. All fact discovery shall be completed by November 12, 2024.

2. Expert reports shall be served no later than January 20, 2025.

3. Rebuttal expert reports shall be served no later than February 20, 2025.

4. Expert depositions shall be completed by March 20 2025.

5. All discovery shall be completed by March 20, 2025.

6. The next case management conference is scheduled for ___, at ___.

SO ORDERED:

Dated: New York, NY

November____, 2024

_____

STEWART D. AARON
United States Magistrate Judge