

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 19, 2025

**By ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Burton, et al. v. United States of America*, *et al.*, No. 18 Civ. 2039 (JHR) (SDA)

Dear Judge Aaron:

      This Office represents the remaining defendants (the "Government")[1] in this case, which arises from the death of Franklin Sanchez, a Colombian national who died while in custody at the MCC in March 2015. The case is before Your Honor for all general pretrial matters. Dkt. No. 144. We write respectfully, on behalf of all remaining parties, to request a settlement conference and a temporary stay of discovery so that the parties can explore the possibility of settlement before incurring the costs associated with completing expert depositions.

      The parties have completed fact discovery and Plaintiff served an expert report on January 19, 2025. Defendants served an expert report in 2019 and, in accordance with the current schedule, *see* Dkt. Nos. 172, 173, plan to serve a rebuttal report by February 20, 2025. Expert discovery is scheduled to close by March 20, 2025. With the benefit of completed fact discovery and expert reports, the parties believe that they will be well positioned to engaged in informed settlement negotiations that may lead to a consensual resolution of the case, potentially without the need to conduct expert depositions between February 20 and March 20, 2025.

      Accordingly, we respectfully request that the Court schedule a settlement conference sometime after Defendants serve their expert rebuttal report. We further respectfully request that the Court stay discovery (in essence, the deadline to complete expert depositions and for any motion practice on spoliation) while the parties pursue settlement discussions, to conserve attorney and judicial resources and avoid potentially unnecessary further expenditures on experts, court reporters, and other litigation expenses.

---

[1] Specifically, this Office represents defendant the United States of America, which is sued under the Federal Tort Claims Act, and defendants Anthony Bussanich, Robert Beaudouin, Ysmael Joaquin, Kimberly Shivers, Lorenzo Barazza, Gerald Castillo, Wilson Silva, Quentin Holzendorf, Terrance Thomas, Rosalind Silvia, and Shaadiq Shakir, who are current or former employees of the Bureau of Prisons sued in their individual capacity under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).

We thank the Court for its consideration of this request.

> Respectfully,
>
> MATTHEW PODOLSKY
> Acting United States Attorney for the
> Southern District of New York
>
> By: /s/ Mollie Kornreich
> MOLLIE KORNREICH
> BRANDON H. COWART
> Assistant United States Attorneys
> 86 Chambers Street, Third Floor
> New York, NY 10007
> Telephone: (212) 637-2693/3274
> E-mail: brandon.cowart@usdoj.gov
>         mollie.kornreich@usdoj.gov

cc: By ECF
    Plaintiffs' Counsel