UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH MARK BURTON et al., <br><br>                    Plaintiffs, <br><br>          -v.- <br><br> UNITED STATES OF AMERICA et al., <br><br>                    Defendants. | 18 Civ. 2039 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle. It is hereby ORDERED that, by **July 21, 2025**, the parties shall submit either a compromise order and related documentation for the Court's approval or a status update.

SO ORDERED.

Dated: May 22, 2025
       New York, New York

*[Signature]*
JENNIFER H. REARDEN
United States District Judge