# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED — THE CITY OF NEW YORK — DEPARTMENT OF HEALTH AND MENTAL HYGIENE

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
APRIL 03, 2015 04:43 PM

### CERTIFICATE OF DEATH
Certificate No. 156-15-015023

**1. DECEDENT'S LEGAL NAME:** Franklin Ramos Sanchez (First, Middle, Last)

**Place Of Death:**
- 2a. New York City
- 2b. Borough: Manhattan
- 2c. Type of Place: 3 ☒ Dead on Arrival
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility: New York-Presbyterian-Lower Manhattan Hospital

**Date and Time of Death or Found Dead:**
- 3a. Month: March, Day: 15, Year: 2015
- 3b. Time: 01:30 PM
- 4. Sex: Male
- 5. OCME Case No.: M15001678

**6. CAUSE OF DEATH — PART I:**
- a. Immediate cause: Pending Further Studies
- b. Due to or as a consequence of: ***
- c. Due to or as a consequence of: ***

**PART II:** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I: ***

**7a. Injury Date:** ***
**7b. Time:** ***
**7c. At Work:** ***
**7d. Place of Injury:** ***
**7e. Location:** ***
**7f. How Injury Occurred:** ***

**8. Manner of Death:** ☒ Pending further study
**9. Autopsy:** ☒ Yes / No Autopsy Pursuant to Law

**10.** Certifier Signature: John Hayes (Signature Electronically Authenticated)
Certifier Name (Print): John Hayes
D.O./M.D. Date: APR-03-2015
Medical Examiner

**11a. Usual Residence State:** Colombia
**11b. County:** 
**11c. City or Town:** Rio Negro
**11d. Street and Number:** 90th Street #59-86 1st Fl
**11e. Inside City Limits?:** ☒ Yes

**12. Date of Birth:** [redacted] 1958
**13. Age at last birthday:** 56
**14. Social Security No.:** 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

**15a. Usual Occupation:** Self Employed
**15b. Kind of business or Industry:** Enterprenuer
**16. Aliases or AKAs:** *** ***

**17. Birthplace:** Puerto Rico
**18. Education:** ☒ 8th grade or less; none

**19. Ever in U.S. Armed Forces?:** ☒ No
**20. Marital/Partnership Status:** ☒ Domestic Partnership
**21. Surviving Spouse's/Partner's Name:** Magda Liliana Martinez Acosta

**22. Father's Name:** Jose Joaquin Ramos
**23. Mother's Maiden Name:** Natividad Sanchez Castaneda

**24a. Informant's Name:** Magda Liliana Martinez Acosta
**24b. Relationship to Decedent:** Spouse
**24c. Address:** 90Th Street #59-86 1St Fl, Rio Negro, Bogota

**25a. Method of Disposition:** ☒ Burial
**25b. Place of Disposition:** Cementerio Distrital Chapinero
**25c. Location of Disposition:** Bogota, Colombia
**25d. Date of Disposition:** 05 05 2015

**26a. Funeral Establishment:** International Funeral Service of New York, Inc.
**26b. Address:** 4123 4th Avenue, Brooklyn, New York 11232

Disposition-Method of Disposition - formerly Interim Disposition; approved by Deputy City Registrar J. Barnswell on May-01-2015; Informant-Address Country- formerly Columbia; approved by Deputy City Registrar J. Barnswell on May-04-2015; Disposition-Place Name- formerly Cementerio Distrital Chapinero, approved by Deputy City Registrar J. Barnswell on May-04-2015; Disposition-Place Country- formerly Columbia; approved by Deputy City Registrar J. Barnswell on May-04-2015; Resident Address-Country- formerly Columbia approved by Deputy City Registrar J. Barnswell on May-04-2015.

VR 16 (Rev. 01/09)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion of any provision of the Health Code or any other law.



May 04, 2015   Order No. 20150502152



X 00951993

