File No. _____821_____, 2017_____

At the Surrogate's Court of the County of New York, held at the Surrogate's Court of the County of New York on the 7th day of March, 2017

Present:
    Honorable    RITA MELLA
                            Surrogate.

| Proceeding for Letters of Administration, Estate of<br><br>Franklin Ramos Sanchez<br><br>Deceased. | **Decree Granting Limited Letters of Administration** |
|---|---|

Upon reading and filing the petition of Kenneth Mark Burton verified the 21st day of February, 2017, wherein it appears that there are no known assets of the above-named decedent but there exists a cause of action to recover damages, and it appearing that it is impracticable to give a bond sufficient to cover the probable amount to be recovered in such action, it is

ORDERED AND DECREED that limited letters of administration of the goods, chattels and credits which were of the above-named decedent be and the same are hereby awarded to

Kenneth Mark Burton

who appears to be entitled thereto, upon duly qualifying according to law; and it is further

ORDERED that the said administrator be and he hereby is (are) restrained from compromising any cause of action and from collecting any proceeds thereof and from taking possession or control of any property of the above-named decedent until the further order of this court, or the order of any court of competent jurisdiction (EPTL 5-4.6).

_____
Surrogate

# Surrogate's Court of the County of New York

Whereas, a decree has been entered by this court directing the issuance to you of LETTERS OF LIMITED ADMINISTRATION, upon your qualifying, according to law.

Now, therefore, you are hereby authorized to administer the estate of said deceased subject to the jurisdiction and the supervision of this court.

|  |  |
|---|---|
| | File #: 2017-821 |
| Name of Decedent: **Franklin Ramos Sanchez** | Date of Death: 03-15-2015 |
| Domicile: **County of New York** | |

Type of Letters Issued:   **LETTERS OF LIMITED ADMINISTRATION**

Fiduciary Appointed:   **Kenneth Mark Burton**

**Limitations:** These letters issued with power to prosecute only and not with power to collect or compromise or exercise any other powers until the further order of this court, or the order of any court of competent jurisdiction (EPTL 5-4.6).

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: March 7, 2017

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Hon Rita Mella, Judge of the New York County Surrogate's Court

Diana Sanabria, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the New York County Surrogate's Court*

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Courts Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of the fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.