| Date | Payee | Amount | Description |
|---|---|---|---|
| 3/6/18 | U.S. District Courts, SDNY | $400.00 | Filing fee |
| 3/25/22 | Oscar Alzate | $1,050 | Locate witnesses; in person and telephone interviews |
| 5/9/22 | Oscar Alzate | $160 | locate witnesses, and have affidavit signed |
| 9/7/22 | Precision Reporters - Remote Legal | $562.50 | Invoice #12823 - Burton v USA - 2.5 hours discounted time for Robert Beaudouin |
| 7/28/23 | Gavriela Barahona | $130.00 | Interpretation |
| 8/9/23 | Precision Reporters - Remote Legal | $800.00 | Invoice #20115 - Burton v USA - 2 hours time for Sr. Officer Wilson Silva |
| 8/17/23 | Precision Reporters - Remote Legal | $400.00 | Invoice #13556 - Burton v USA - 1 hr time for Ysmael Joaquiin |
| 8/17/23 | Precision Reporters - Remote Legal | $600.00 | Invoice #13269 - Burton v USA - 1.5 hrs time for Officer Quentin Holzendorf Depostion |
| 8/25/23 | Precision Reporters - Remote Legal | $1,200.00 | Invoice #20469 - Burton v USA - 3 hours for Operations Lieutenant Kimberly Shivers |
| 8/25/23 | Precision Reporters - Remote Legal | $600.00 | Invoice #20152 - Burton v USA - 1.5 hrs time for Operations Lt. Lorenzo Barraza |
| 8/28/23 | Precision Reporters - Remote Legal | $1,000.00 | Invoice #20511 - Burton v USA - 2.5 hours for Anthony Bussanich, MD |
| 8/29/23 | Precision Reporters - Remote Legal | $1,000.00 | Invoice #20059 - Rosalind Silva for 2.5 hours of Deposition |
| 9/27/23 | Precision Reporters - Remote Legal | $800.00 | Invoice #21266 - Burton v USA - 3 hours for Terrance Thomas with 1 hr discount for techinical issues |
| 10/27/23 | NYC Sheriff | $52 | Sanchez: Subpoena, Luis Figueroa |
| 10/27/23 | NYC Sheriff | $52 | Sanchez: Subpoena, Freddie Diaz |
| 11/11/23 | Empire Security Consultants Corp. | $2,500.00 | Invoice #23-267 - Person locate search: 20 former prisoners in re: Sanchez Civil case |
| 11/13/23 | Susi Vassallo M.D. | $13,100.00 | 11/13/23 and 12/2/23 |
| 11/27/23 | Oscar Alzate | $770.00 | 15 hours of work and 40 miles of travel. Contacting witnesses and communicating with firm re: same. Getting affidavit signed and notarize |
| 12/13/23 | Complaint Process Service | $120 | Invoice#7139 service |

| Date | Payee | Amount | Description |
|---|---|---|---|
| 1/22/24 | Oscar Alzate | $430.00 | 8 hours of work and 60 miles of travel. Contact witnesses in custody |
| 1/24/24 | Southern District Reporters PC | $65.70 | Invoice# 0559625-IN - transcript |
| 2/1/24 | Veritext LLC - Northeast Region | $491.00 | (CAN); Professional Attendance; Logistics, Processing & Elctronic Files; Conferece Suite & Amenities |
| 4/2/24 | Oscar Alzate | $150 | preparation for interview & telephone interview with witness |
| 4/5/24 | Oscar Alzate | $100.00 | witness |
| 4/11/24 | Gavriela Barahona | $40 | Translation |
| 4/17/24 | Oscar Alzate | $100 | telephone interview |
| 4/21/24 | Compliant Process Service, Inc. | $60.00 | Invoice #7499 - Regular Service, Kenneth Mark Burton v Quashawn Woods |
| 4/22/24 | U.S. Litigation Support Services | $390.00 | Invoice #14114326 - inmate subpoena service |
| 4/22/24 | U.S. Litigation Support Services | $780.00 | Invoice #14114327 - inmate subpoen service |
| 4/26/24 | Precision Reporters - Remote Legal | $1,000.00 | Invoice #27037 - Burton et al v Bussanich et al - 2.5 hours for Shaadiq Shakir |
| 5/17/24 | Gavriela Barahona | $130 | Translation call on May 13, 2024 |
| 5/21/24 | Christopher Curran | $534.36 | Zoom interpreting, Whatsapp three-way call, text translation and email translation |
| 5/28/24 | Precision Reporters - Remote Legal | $800.00 | Invoice #27855 - Burton et al v Bussanich et al - 2 hours for Raymond Kornegay |
| 6/3/24 | Precision Reporters - Remote Legal | $925.00 | Invoice #28064 - Alfredo Luviano - Depostion fee and Interpreter Services |
| 6/7/24 | Rita (Translator) | $88.86 | Translation |
| 7/11/24 | Precision Reporters - Remote Legal | $400.00 | Invoice #29130 - Burton et al v Bussanich et al - 1 hour for Tyrell Whitaker |
| 7/11/24 | Precision Reporters - Remote Legal | $1,325.00 | Invoice #28803 - Burton et al v Bussanich et al - 2 hours of depostion for Alexandro Suero and Spanish interpreter services |
| 7/19/24 | Precision Reporters - Remote Legal | $1,400.00 | Invoice #29373 - Burton et al v Bussanich et al - 3.5 hours for Lindsey George |

| Date | Payee | Amount | Description |
|---|---|---|---|
| 7/24/24 | Precision Reporters - Remote Legal | $1,200.00 | Invoice #29512 - Burton et al v Bussanich et al - 3 hours for Richard Hollingsworth |
| 7/30/24 | Rita (Translator) | $370.91 | Invoice #12100 - Orden Hague Translation |
| 8/5/24 | The UPS Store | $127.24 | Mailing Hague Order- consulate |
| 8/14/24 | The UPS Store | $113.88 | Mailing Hague Order - local office |
| 8/19/24 | Christopher Curran | $309.20 | Whatsapp interpreting, voice message and text translation |
| 8/20/24 | Compliant Process Service, Inc. | $60.00 | Invoice #7811- Regular Service, Kenneth Mark Burton v Luis Figueroa |
| 8/22/24 | RITA | $657.95 | Translation (of handwritten notes) |
| 8/23/24 | Oscar Alzate | $100.00 | follow up call w/ witness, efforts to interview non-cooperative witness |
| 8/23/24 | Precision Reporters - Remote Legal | $800.00 | Invoice #30467 - Burton et al v Bussanich et al - 2 hours for Gerard Travers as 30(b)6 witness |
| 9/23/24 | Precision Reporters - Remote Legal | $925.00 | Invoice #31379 - Burton et al v Bussanich et al - 1 hour for Luis D Rodriguez with interpreter services |
| 9/30/24 | Precision Reporters - Remote Legal | $400.00 | Invoice #31739 - Burton v USA - 1 hour for Lieutenant Jeffrey Sewell |
| 10/11/24 | Precision Reporters - Remote Legal | $600.00 | Invoice #32119 - Burton et al v Bussanich et al - 1 hour for America Pina |
| 10/22/24 | Lexitas Court Reporting | $885.25 | Invoice #1160928 - Delany Dep - Burton et al v America et al on 10/8/24 |
| 11/18/24 | Susi Vassallo M.D. | $5,200 | work on report |
| 2/7/25 | Christopher J Curran, Esq. | $320.00 | Invoice # 1 - Interpretation |
| 2/21/25 | Precision Reporters - Remote Legal | $1,400.00 | Invoice #13179 - Burton v USA - 3.5 hours time for Gerald Castillo |
| 3/5/25 | Susi Vassallo M.D. | $2,875.00 | Invoice #0000121 - Expert services rendered between 1/6/25 and 2/25/25 |
| 3/27/25 | Nancy I Adler - Interpreter | $950.00 | Settlement Conference |
| 3/28/25 | USPS - Priority Mailing | $8.40 | Mailing to USMJ Stewart Aaron; Tracking: 9405530109355125320660 |
| 4/2/25 | Elizabeth Caruso - Interpreter | $980.00 | Federally Certified Interpreter Services rendered 4/4/2025 during Settlement Conference |
| **Total:** | | $50,616.75 | |