Case 1:18-cv-02039-JHR-SDA    Document 187    Filed 12/03/25    Page 1 of 2



November 9, 2025

**BY ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED (p. 2)**

Re: *Burton, et al v. Bussanich, et al.*, 18 CV 2039 (JHR)(SDA)

Your Honor:

I am co-counsel for Plaintiff in this matter. I write pursuant to the Court's November 5, 2025 directing Plaintiffs to file a letter updating the Court as to the status of this matter (Dkt. 185). As detailed below, Defendants have still not executed the settlement agreement and the process to pay Plaintiffs has not even begun.

On July 29, 2025, the Court directed "Plaintiffs, upon final execution of the Settlement Agreement and after payment of the Settlement Amount by the United States, [to] immediately cause to be filed with the Court a dismissal of the action in its entirety with prejudice, with each party bearing its own costs, expenses and fees." (Dkt. 184). The settlement agreement was executed by all Plaintiffs and Plaintiff's counsel by July 17, 2025.

Counsel for Plaintiffs wrote to counsel for the United States on July 30, 2025 to ensure that defense counsel was aware of the Court's order, and to ensure that no action or information was needed from Plaintiffs for the U.S. to sign the stipulation of settlement. Counsel for the U.S. replied that they would submit the documents to the Department of Justice for their sign off. We then followed up on September 4, 2025 and counsel for the U.S. replied that they hoped to have an update in the next few weeks. We followed up again on September 26, 2025 (5 days before the shut down) and defendant's counsel did not reply. We followed up again on October 7, 2025, again without reply.

On November 6, 2025, counsel for the U.S. wrote to Plaintiff counsel that they have been restricted from working on this case, but given the Court's order, they were excepted for purposes of communicating with us to coordinate a response to the Court. Counsel for the U.S. requested we note that pursuant to the Amended Standing Order M10-468, 25-mc-00433-LTS (Dkt. 3) dated October 2, 2025 this case is stayed. Further, that Government does not yet have authorization from the Attorney General or her designee to consummate the settlement.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com

It is Plaintiffs' position that the Government should have consummated the settlement agreement in the two full months after the Court's order. At this point, Plaintiffs have no indication as to when this settlement agreement may ever be signed, much less when Plaintiffs will receive payment. Paragraph 1 of the Amended Standing Order permits the Court to direct that the general stay does not apply. Given the status of this case, and that all that is required is executing an already approved settlement, to the extent the Court believes the stay poses any impediment, Plaintiffs believe that such a direction would be appropriate.

Respectfully Submitted,

/S/

Elena L. Cohen

The Government shutdown ended on November 12, 2025. By **December 10, 2025**, the Government shall file a letter updating the Court on the status of the settlement in this matter, including an anticipated timeline for completing any remaining tasks necessary to execute the settlement.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: December 3, 2025

COHEN&GREEN

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com