

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 10, 2025

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *Burton v. United States*, Case No. 18 Civ. 2039 (JHR) (SA)

Dear Judge Rearden:

      This Office represents the defendants (the "Government")[1] in this case, which arises from the death of Franklin Sanchez, a Colombian national who died while in Federal custody in March 2015. We write respectfully, in accordance with the Court's December 3, 2025 Order, Dkt. No. 187, to provide an update on the status of settlement.

      As the Court is aware, the parties reached a proposed resolution of this case contingent on receiving necessary approvals, including from the Department of Justice ("DOJ"). On July 17, 2025, Plaintiffs submitted a Proposed Compromise Order to the Court, along with a proposed settlement stipulation (the "Settlement Stipulation"). Dkt. No. 183. On July 29, 2025, the Court issued the Compromise Order and authorized plaintiff Kenneth Mark Burton, as the administrator of Sanchez's estate, to sign the Settlement Stipulation. Dkt. No. 184. The Compromise Order included a provision directing Plaintiffs to "cause to be filed with the Court a dismissal of the action" upon final execution of the Settlement Stipulation and after payment by the government of the agreed settlement amount. *Id*.

      Because of the amount of the proposed Federal Tort Claims Act settlement in this action, it requires the approval of an Assistant Attorney General. *See* 28 C.F.R. §§ 0.160(a)(3), 0.168(d)(2); App'x to 28 C.F.R. Pt. 0, Subpt. Y (Directive No. 1-15). This Office has sent to DOJ Torts Branch a request for such approval. Based on information from the DOJ attorney who has been assisting with the settlement approval process, this Office believes that an approval decision

---

[1] Specifically, this Office represents defendant the United States of America ("United States"), which is sued under the Federal Tort Claims Act ("FTCA"), and defendants Anthony Bussanich, Robert Beaudouin, Ysmael Joaquin, Kimberly Shivers, Lorenzo Barazza, Gerald Castillo, Wilson Silva, Quentin Holzendorf, Terrance Thomas, Rosalind Silvia, and Shaadiq Shakir, who are current or former employees of the Bureau of Prisons sued in their individual capacity under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).

will be made by late January, if not sooner. Pursuant to the Settlement Stipulation, this Office will submit a request to the United States Treasury for payment to Plaintiffs within five business days of receiving settlement authorization from DOJ and the Social Security numbers or tax identification numbers of Plaintiffs and Plaintiffs' attorneys. *See* Dkt. No. 183-2, ¶ 3.a.

We respectfully propose that, if this action has not been dismissed by February 10, 2026 (two months from today), the Government submit a letter on that date providing a further update to the Court.

We thank the Court for its attention to this matter.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By: /s/ *Mollie Kornreich*
     BRANDON COWART
     MOLLIE KORNREICH
     Assistant United States Attorneys
     Telephone: (212) 637-2693/3274
     E-mail: brandon.cowart@usdoj.gov
            mollie.kornreich@usdoj.gov

cc: Plaintiffs' Counsel (by ECF)