

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 10, 2026

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Failing dismissal of this action by **March 3, 2026**, the Government shall file a letter on that date further updating the Court on the status of the settlement.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: February 12, 2026

Re:   *Burton v. United States*, Case No. 18 Civ. 2039 (JHR) (SA)

Dear Judge Rearden:

      This Office represents the defendants (the "Government")[1] in this case, which arises from the death of Franklin Sanchez, a Colombian national who died while in Federal custody in March 2015. We write respectfully, in accordance with the Court's December 11, 2026 Order, Dkt. No. 189, to provide an update on the status of the settlement process.

      As the Court is aware, the parties reached a proposed resolution of this case contingent on receiving necessary approvals, including from the Department of Justice ("DOJ"). On July 17, 2025, Plaintiffs submitted a Proposed Compromise Order to the Court, along with a proposed settlement stipulation (the "Settlement Stipulation"). Dkt. No. 183. On July 29, 2025, the Court issued the Compromise Order and authorized plaintiff Kenneth Mark Burton, as the administrator of Sanchez's estate, to sign the Settlement Stipulation. Dkt. No. 184. The Compromise Order included a provision directing Plaintiffs to "cause to be filed with the Court a dismissal of the action" upon final execution of the Settlement Stipulation and after payment by the government of the agreed settlement amount. *Id.*

      The Government subsequently obtained the necessary approvals from officials within the Department of Justice, *see* 28 C.F.R. §§ 0.160(a)(3), 0.168(d)(2); App'x to 28 C.F.R. Pt. 0, Subpt. Y (Directive No. 1-15), and certain necessary information from Plaintiffs' counsel. On December 23, 2025, this Office sent a request to the United States Treasury to make the contemplated payment to Plaintiffs. We anticipate that this payment will likely be made this week.

---

[1] Specifically, this Office represents defendant the United States of America ("United States"), which is sued under the Federal Tort Claims Act ("FTCA"), and defendants Anthony Bussanich, Robert Beaudouin, Ysmael Joaquin, Kimberly Shivers, Lorenzo Barazza, Gerald Castillo, Wilson Silva, Quentin Holzendorf, Terrance Thomas, Rosalind Silvia, and Shaadiq Shakir, who are current or former employees of the Bureau of Prisons sued in their individual capacity under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).

      We respectfully propose that, if this action has not been dismissed by March 3, 2026 (three weeks from today), the Government submit a letter on that date providing a further update to the Court.

      We thank the Court for its attention to this matter.

                                          Respectfully,

                                          JAY CLAYTON
                                          United States Attorney for the
                                          Southern District of New York

                          By:   /s/ *Mollie Kornreich*
                                          BRANDON COWART
                                          MOLLIE KORNREICH
                                          Assistant United States Attorneys
                                          Telephone: (212) 637-2693/3274
                                          E-mail: brandon.cowart@usdoj.gov
                                                                mollie.kornreich@usdoj.gov

cc:      Plaintiffs' Counsel (by ECF)