UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH MARK BURTON as the Administrator of the Estate of FRANKLIN RAMOS SANCHEZ, *et al*.,<br><br>                              Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>                              Defendants. | No. 18 Civ. 2039 (JLR) (SDA) |

## [PROPOSED] ORDER OF DISMISSAL

WHEREAS, plaintiffs in the above-captioned action and defendant the United States of America (the "United States") have stipulated to settle and release, with prejudice, all claims in this action;

WHEREAS, the complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release (the "Stipulation") attached as Exhibit 1; and

WHEREAS, on July 29, 2025, the Court issued an Order approving the settlement, authorizing plaintiff Kenneth Mark Burton, as administrator of the estate, to sign the Stipulation, and directing that plaintiffs, upon final execution of the Stipulation and after payment of the agreed settlement amount by the United States, shall immediately cause to be filed with the Court a dismissal of the action, ECF No. 184;

IT IS HEREBY ORDERED that this case is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and fees.

Dated: _____, 2026

SO ORDERED:

_____
Hon. Jennifer H. Rearden
United States District Judge